**Location:** Forney, TX  **IP Address:** 76.236.253.64
**Total Works Infringed:** 83  **ISP:** AT&T Internet Services

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 1 | 259A2C3790345E1C8DE8609B1D36987D0AA87E7C | Blacked | 10/15/2018 06:00:34 | 10/12/2018 | 10/28/2018 | PA0002130455 |
| 2 | 025477E817FDAD26E20E85603DCEC00D1BD5DA68 | Blacked | 09/05/2018 04:20:50 | 09/02/2018 | 11/01/2018 | 17093751603 |
| 3 | 0616906E5B0D445A8FB469D45908C91D24F6CD2F | Blacked | 09/28/2018 07:04:59 | 09/27/2018 | 11/01/2018 | 17093717993 |
| 4 | 07EC80C56B473DD0771AB7D4A3E905994A87A408 | Blacked | 07/25/2018 17:33:47 | 07/19/2018 | 09/05/2018 | PA0002135006 |
| 5 | 0A1054ABD462CA423AA7B854829F3DF586D7EC43 | Blacked | 01/06/2018 09:59:03 | 01/05/2018 | 01/15/2018 | PA0002099696 |
| 6 | 0F4CB5BFE31D785D0469C73F83F7CEB7AF0E1F9B | Blacked | 11/14/2017 10:10:59 | 11/06/2017 | 11/27/2017 | PA0002097974 |
| 7 | 1258ABB7C5E64E5C8473CFA497399ABCDC52FD45 | Blacked | 09/22/2018 18:50:15 | 09/22/2018 | 11/01/2018 | 17094105381 |
| 8 | 197ABAC97B3D210369FA6D08682C7312D58A5743 | Blacked | 02/03/2018 22:26:11 | 01/30/2018 | 03/01/2018 | PA0002079186 |
| 9 | 1D8C99B00AD138010A90E2C90CAF50FD026C7A08 | Blacked | 10/18/2018 06:58:03 | 10/17/2018 | 10/28/2018 | PA0002130456 |
| 10 | 1E30CD089A57F0DDC28EA43870B6C93F25DC8498 | Blacked Raw | 09/17/2018 19:55:26 | 09/14/2018 | 11/01/2018 | 17093717743 |
| 11 | 223D4DB0ECFA99B84C7510AF336D48C5494E3DF7 | Blacked | 08/10/2018 04:32:13 | 08/08/2018 | 09/01/2018 | PA0002119598 |
| 12 | 270AE1C67D3FCA399D41F738803BD5F8C63C70D7 | Blacked | 02/05/2018 19:40:43 | 02/04/2018 | 03/01/2018 | PA0002079189 |
| 13 | 284E4E396F1F787478E836FEEF797DE00E33D5E4 | Blacked Raw | 10/15/2018 05:49:17 | 10/14/2018 | 11/01/2018 | 17093717793 |
| 14 | 295ABE0B80E145DCCE5F7114F7C5B80F7D4398F0 | Blacked | 01/22/2018 16:41:58 | 01/20/2018 | 03/02/2018 | PA0002104876 |
| 15 | 29F0F5ED49FAB6834A87FF289AA7A016D5BCA1F5 | Blacked | 05/03/2018 20:17:17 | 04/30/2018 | 05/24/2018 | PA0002101364 |
| 16 | 2B1BABC882B4895DC5408D9D21BB65F93F3BEEC8 | Blacked Raw | 08/13/2018 06:28:57 | 08/10/2018 | 09/05/2018 | PA0002135668 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 17 | 2D05320B68989487C8AF50B1A95167FB350F94E6 | Blacked | 09/19/2018 20:32:09 | 09/17/2018 | 10/16/2018 | PA0002127778 |
| 18 | 2D1FCBEA35DB18BEF743A054923C27AA58964B62 | Blacked Raw | 09/26/2018 19:25:48 | 09/24/2018 | 11/01/2018 | 17093752005 |
| 19 | 303AA83349BCEE7961EA7089C245D7431040E54A | Blacked Raw | 09/05/2018 04:20:50 | 08/30/2018 | 10/16/2018 | PA0002127777 |
| 20 | 3350AD6ED2ECD3F20CA9BFAB853A3CED164589B0 | Blacked Raw | 08/06/2018 09:33:00 | 08/05/2018 | 09/01/2018 | PA0002119682 |
| 21 | 35F1FF1A35600AEA1A436340DA1944BD3C3A0D3A | Blacked Raw | 07/28/2018 23:41:53 | 07/26/2018 | 09/01/2018 | PA0002119594 |
| 22 | 3A537EE9DB3C9D1CC034969BB99F0D20491724A2 | Blacked Raw | 06/04/2018 07:22:36 | 06/01/2018 | 07/14/2018 | PA0002128077 |
| 23 | 43AF666D13FBC2B12953D257F6CA4935FC3CD7B5 | Blacked Raw | 01/13/2018 13:12:38 | 01/07/2018 | 01/24/2018 | PA0002101759 |
| 24 | 43E0D25E70530A6C6837D3E3EBC16B958F2E24AC | Blacked Raw | 03/30/2018 09:38:28 | 03/28/2018 | 04/12/2018 | PA0002091513 |
| 25 | 47BF158F64C12785E111714AF9A6D0C692778D77 | Blacked | 10/25/2017 06:22:55 | 10/02/2017 | 10/10/2017 | PA0002086142 |
| 26 | 4D29EE018A8F7EFEB2F05420E4FF71A8A314762A | Blacked | 08/17/2018 09:42:42 | 08/13/2018 | 09/05/2018 | PA0002134995 |
| 27 | 4E67A54328F67B9C9E7C0434107298A010BF3552 | Blacked Raw | 01/29/2018 11:13:50 | 01/27/2018 | 03/02/2018 | PA0002104873 |
| 28 | 50759CA5CFAA4ED7A53C06CF8F524D21691C6587 | Blacked | 10/24/2017 13:20:50 | 09/27/2017 | 10/10/2017 | PA0002057451 |
| 29 | 54DB964FF0380049DF191198925EFE7D2B6DFF65 | Blacked | 06/11/2018 05:54:13 | 06/04/2018 | 07/09/2018 | PA0002109329 |
| 30 | 5602E15C76A2CB2369322872F6C53500FB225372 | Blacked Raw | 03/27/2018 06:01:04 | 03/23/2018 | 04/17/2018 | PA0002116746 |
| 31 | 5EBAA857DB4CB94E7B579561C0FBE666094E0A10 | Blacked Raw | 06/22/2018 09:02:11 | 06/16/2018 | 07/14/2018 | PA0002128317 |
| 32 | 617590A4A03E0F5156896C6DD1F006775B6CA43C | Blacked Raw | 01/06/2018 10:35:47 | 12/28/2017 | 01/24/2018 | PA0002101763 |
| 33 | 61E0C06AD1351C9E55EB3AAE72F17548A0239AAD | Blacked | 10/25/2017 06:18:56 | 07/24/2017 | 08/11/2017 | PA0002046874 |
| 34 | 623D4B76B7DEFED0C91EDD5FE108D7E986691273 | Blacked Raw | 07/09/2018 06:33:38 | 07/06/2018 | 07/26/2018 | PA0002112158 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 35 | 628B68825D76E58E7D4FD13905CECE3D6CAFF612 | Blacked | 08/21/2018 04:32:39 | 08/18/2018 | 09/05/2018 | PA0002135664 |
| 36 | 6460534667C9B87F796BC4851C96677D2FC64AF9 | Blacked | 09/09/2018 07:51:23 | 08/28/2018 | 10/16/2018 | PA0002127773 |
| 37 | 6471AC811C89A07BC2860B0F2CEB25A256A6B2F9 | Blacked Raw | 06/11/2018 06:42:16 | 06/06/2018 | 07/14/2018 | PA0002128447 |
| 38 | 64B7A1F1B3732D5683AA4FFCC5B65BC46CBDE5F3 | Blacked Raw | 04/04/2018 17:01:31 | 04/02/2018 | 04/17/2018 | PA0002116078 |
| 39 | 67D95FCED9B00C108A63588568A4B4CC34737EE5 | Blacked | 07/25/2018 17:35:24 | 07/09/2018 | 08/07/2018 | PA0002131818 |
| 40 | 69BA9C8EC6B3C2D9FB6CD545B85991237BC901C2 | Blacked Raw | 09/13/2018 13:18:22 | 09/09/2018 | 10/16/2018 | PA0002127792 |
| 41 | 6AA1835E3F2922052F1B1510C31034A15B6EA78B | Blacked | 09/23/2017 01:28:59 | 09/02/2017 | 09/15/2017 | PA0002052847 |
| 42 | 6AAA3C600904AABE2D4B6B0B13AC1400856AD856 | Blacked Raw | 04/19/2018 03:38:58 | 04/17/2018 | 05/23/2018 | PA0002101308 |
| 43 | 6D598E084208971D030167A7F562199D6689459E | Blacked | 06/03/2017 20:17:15 | 05/20/2017 | 06/22/2017 | PA0002039289 |
| 44 | 6E6E5105F704B4579B256E34E9107A49055FBBA1 | Blacked | 07/09/2018 19:04:14 | 06/29/2018 | 07/26/2018 | PA0002112160 |
| 45 | 71C9D56BF6D5E29A29345128A84F6E44B134DF55 | Blacked | 02/09/2018 23:48:04 | 02/09/2018 | 03/02/2018 | PA0002104745 |
| 46 | 7EF205319A7C927C2B6C007BC8439C223B3EB8B6 | Blacked Raw | 11/26/2017 12:27:54 | 11/18/2017 | 01/02/2018 | PA0002068867 |
| 47 | 8031B4A7A5CFCECBC796D4772440BFC5016C11AA | Blacked | 06/26/2018 04:41:10 | 06/24/2018 | 07/26/2018 | PA0002112154 |
| 48 | 88F141141A30BFF7CE73552E3E170D8D0E470CBF | Blacked Raw | 10/05/2018 17:17:09 | 10/04/2018 | 10/16/2018 | PA0002127787 |
| 49 | 8998787B89A716F529D2F72F094FB263205B0EC2 | Blacked | 02/15/2018 22:00:22 | 01/15/2018 | 01/24/2018 | PA0002101768 |
| 50 | 8B8DEE500ECB007329A8BDFE4876DF06B5568238 | Blacked | 04/11/2018 08:44:02 | 04/10/2018 | 05/23/2018 | PA0002101304 |
| 51 | 8BB074E225C6C871CDBD1831D394E9988502CEBD | Blacked Raw | 10/11/2018 12:52:40 | 10/09/2018 | 11/01/2018 | 17093717943 |
| 52 | 9261FD7C93E71422D351407FD73C21D86E794B2C | Blacked Raw | 07/02/2018 05:26:32 | 07/01/2018 | 07/26/2018 | PA0002112161 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 53 | 94A81A56891381F734319A2788FD748F0BBCE7A9 | Blacked | 10/25/2017 08:51:21 | 10/12/2017 | 10/19/2017 | PA0002058296 |
| 54 | 98153548 0433042862560A17C31FDF7BFC937CA2 | Blacked | 06/03/2017 18:49:16 | 05/25/2017 | 06/22/2017 | PA0002039290 |
| 55 | 9BC36488997211E81A405FE28F040E4BB1A45B7A | Blacked | 03/19/2018 05:51:15 | 03/16/2018 | 04/12/2018 | PA0002091582 |
| 56 | 9E401C6583C7B9748B062B00479A97B14E769848 | Blacked | 10/25/2017 06:21:46 | 07/29/2017 | 08/11/2017 | PA0002046872 |
| 57 | 9FF80B2839A26436102D5F29181B6B608EAAC14F | Blacked | 07/25/2018 17:30:06 | 07/14/2018 | 08/07/2018 | PA0002131895 |
| 58 | A697DE308520A74A35929A48D834E6A10747F054 | Blacked | 10/08/2018 04:11:13 | 10/07/2018 | 10/16/2018 | PA0002127790 |
| 59 | A89525172FC31E96791A5091366B3B562DA0B84A | Blacked Raw | 08/17/2018 09:31:49 | 08/15/2018 | 09/01/2018 | PA0002119585 |
| 60 | B1175F1372648DE81684C06975EBCC841609C237 | Blacked | 10/03/2018 08:30:17 | 10/02/2018 | 10/16/2018 | PA0002127785 |
| 61 | B2CC6C343394C4F50E5CFE3B97F6FD3CCA7A7DB7 | Blacked | 03/23/2018 06:29:18 | 03/21/2018 | 04/12/2018 | PA0002091520 |
| 62 | B3CD1356092D254566EC9C832C8E37E68DDAA7C1 | Blacked Raw | 12/21/2017 02:37:55 | 12/18/2017 | 01/23/2018 | PA0002101753 |
| 63 | B3DD39CBF629E35D694900CA7AED9FA99A7E051B | Blacked Raw | 12/21/2017 14:18:15 | 12/08/2017 | 01/02/2018 | PA0002097423 |
| 64 | B5E2089BD88F5B29E059EAF5C2E621B3B5008919 | Blacked | 07/09/2018 06:15:45 | 07/04/2018 | 08/07/2018 | PA0002131913 |
| 65 | BC8ACAF0DC42FB3CEEDEB0DC51C20206FDBB20E4 | Blacked Raw | 07/25/2018 17:31:00 | 07/11/2018 | 08/07/2018 | PA0002131894 |
| 66 | C107588A00810F57F076C5926BF6D8624E4BCAD1 | Blacked | 09/09/2018 07:52:11 | 08/23/2018 | 11/01/2018 | 17093718181 |
| 67 | C2295AE8704ED037E9E49C2B4B5FBA45316C02A8 | Blacked Raw | 10/03/2018 08:49:48 | 09/29/2018 | 11/01/2018 | 17093717843 |
| 68 | C2CD33294A80E9042A3D6D2FC6C52861821EFA18 | Blacked Raw | 07/25/2018 17:33:38 | 07/16/2018 | 09/01/2018 | PA0002119681 |
| 69 | C688832FC38778E650889B646710CDEF06A10719 | Blacked | 10/24/2017 21:35:33 | 07/19/2017 | 08/11/2017 | PA0002046876 |
| 70 | D0BB360420E57FE725E43E8A0001D26CEABF17CC | Blacked Raw | 01/24/2018 14:51:04 | 01/22/2018 | 02/20/2018 | PA0002104185 |

| Work | Hash | Site | UTC | Published | CRO App. File Date | CRO Number |
|---|---|---|---|---|---|---|
| 71 | D0EEAC4F4929D503CEFAF291FD54DB4E584FA615 | Blacked | 01/13/2018 13:18:21 | 01/10/2018 | 01/15/2018 | PA0002070942 |
| 72 | D288B6BAAD13F53FFB75BF787D3276F1CE049621 | Blacked Raw | 05/29/2018 17:06:46 | 05/27/2018 | 07/14/2018 | PA0002130451 |
| 73 | D2EB460A7C696C3A9D62EDCD797DDDD07094F2D5 | Blacked Raw | 11/26/2017 11:21:47 | 11/13/2017 | 11/30/2017 | PA0002098039 |
| 74 | D3067E5DE0A31A9EDA6D2B951D124E28EC062477 | Blacked | 03/30/2018 09:27:40 | 03/26/2018 | 04/12/2018 | PA0002091525 |
| 75 | DD90BFB7AF634F7D67B2A115F55585006659391C | Blacked | 10/25/2017 07:32:24 | 09/17/2017 | 10/10/2017 | PA0002086174 |
| 76 | E46B81E1A71E3AC4E1FF3BC9B79FCF54E0D2AF00 | Blacked | 11/14/2017 10:11:38 | 11/01/2017 | 11/27/2017 | PA0002098034 |
| 77 | E4FA6F6310C5461AAE5D2DC4A45FA4D9AC45D9F6 | Blacked | 04/08/2018 23:26:38 | 04/05/2018 | 04/17/2018 | PA0002116752 |
| 78 | ECEC874C21239A30F35D90C14D825619A4E8486A | Blacked Raw | 08/21/2018 04:10:53 | 08/20/2018 | 09/05/2018 | PA0002135002 |
| 79 | EE4D29BA667E69950AA31279F7FA846BF696BF9D | Blacked | 08/06/2018 09:40:22 | 08/03/2018 | 09/01/2018 | PA0002119596 |
| 80 | F011B5C1E76C5CD712DADA5DF9CE66184EAA72B2 | Blacked | 10/25/2017 06:44:47 | 10/17/2017 | 11/27/2017 | PA0002097981 |
| 81 | F7479DF34AAC4301BFEEACE6A3872B78BEB7F9B5 | Blacked | 07/29/2018 22:18:18 | 07/29/2018 | 09/05/2018 | PA0002135679 |
| 82 | F8FEB2EE6C17B37610C5B2AE85F0266CB0C5C5BD | Blacked | 10/25/2017 06:44:40 | 07/04/2017 | 07/07/2017 | PA0002070819 |
| 83 | FD622BCB0843A8B0A5C4FAAD98CA90F0DC55A559 | Blacked | 10/25/2017 06:44:26 | 09/22/2017 | 10/10/2017 | PA0002057455 |